UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER KATZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN GATE NATIONAL SENIOR CARE, LLC, and GNSC CHESTNUT HILL, LLC,<br><br>    Defendants. | C.A. NO. 1:16-CV-11078 |

## DEFENDANTS' MOTION TO STRIKE LANCE YOULES AS AN EXPERT OR, IN THE ALTERNATIVE, TO PRECLUDE HIM FROM TESTIFYING

NOW COME the defendants, Golden Gate National Senior Care, LLC & GGNSC Chestnut Hill, LLC (collectively "defendants"), and respectfully move this Honorable Court strike Lance Youles's expert report and as preclude him from offering expert testimony. As grounds thereof, the defendants state:

1. Lance Youles has no training, knowledge, experience, or familiarity with the nursing standard of care;

2. Lance Youles has previously admitted in deposition testimony that he is not qualified to offer expert testimony as to the nursing standard of care;

3. Lance Youles has previously admitted in deposition testimony that he is unfamiliar with the staffing requirements for nursing homes in Massachusetts;

4. The medical malpractice tribunal ruled against the plaintiff in this matter, where the only expert testimony was that of Lance Youles and the defendants' only argument was that Lance Youles was unqualified.

5. The federal and statute nursing home regulations do not provide for a private cause of action and do not set the standard of care.

6. Mr. Youles is unqualified to provide expert testimony as to the nursing home regulations in Massachusetts.

7. Mr. Youles is unqualified to provide an expert opinion as to medical causation because he is not a clinician.

WHEREFORE, the defendants respectfully request that this Honorable Court enter an order precluding Lance Youles from testifying as an expert at trial as to the standard of care applicable to this medical malpractice case and to the extent that he is being disclosed to testify regarding the proper staffing of a skilled nursing facility. In the alternative, the defendants respectfully request that this Honorable Court conduct a <u>Daubert</u> hearing on the admissibility of Mr. Youles's testimony.

Respectfully submitted,

The Defendants,

GOLDEN GATE NATIONAL
SENIOR CARE, LLC, and
GNSC CHESTNUT HILL, LLC

By their Attorneys,

    */s/ Justin L. Amos*
Joseph M. Desmond (BBO# 634883)
Justin L. Amos (BBO# 697232)
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500
Fax (617) 342-4981
jdesmond@morrisonmahoney.com
jamos@morrisonmahoney.com

Dated: April 12, 2019

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2019

 /s/ *Justin L. Amos*
_____

10057595\1522651v.1